

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| THE STATE OF TEXAS, | § | No. 08-21-00036-CR |
| State, | § | Appeal from the |
| v. | § | 112th District Court |
| SATDIEL JEREMY DOMINGUEZ, | § | of Pecos County, Texas |
| Appellee. | § | (TC# P-3968-112-CR) |
|  | § |  |

**O RDER**

The companion mandamus *In Re: The State of Texas*, cause no. 08-21-00106-CR, was resolved on June 30, 2021. Therefore, the appeal is reinstated, and the State's brief is now due July 31, 2021.

IT IS SO ORDERED this 1st day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.